AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| NILDO VILCA <br> *Plaintiff(s)* <br> v. <br> BTB EVENTS & CELEBRATIONS, INC. d/b/a BETWEEN THE BREAD, BTB HOSPITALITY CORP., BETWEEN THE BREAD 55TH INC., RICKY EISEN and SEAN MARTIN <br> *Defendant(s)* | Civil Action No. 19-cv-6577 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BTB HOSPITALITY CORP.
   115 WEST 45TH ST., 7TH FL.
   NEW YORK, NEW YORK 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc A. Rapaport
   Rapaport Law Firm, PLLC
   One Penn Plaza, Suite 2430
   New York, NY 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  July 16, 2019                                                               /S/  S. James
                                                                                        *Signature of Clerk or Deputy Clerk*