AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| NILDO VILCA | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| | ) |
| v. | ) Civil Action No.  19-cv-6577 |
| | ) |
| BTB EVENTS & CELEBRATIONS, INC. d/b/a | ) |
| BETWEEN THE BREAD, BTB HOSPITALITY | ) |
| CORP., BETWEEN THE BREAD 55TH INC., RICKY | ) |
| EISEN and SEAN MARTIN | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   BETWEEN THE BREAD 55TH INC.
145 WEST 55TH STREET
NEW YORK, NEW YORK 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc A. Rapaport
Rapaport Law Firm, PLLC
One Penn Plaza, Suite 2430
New York, NY 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  July 16, 2019                          /S/  S. James
                                                   _Signature of Clerk or Deputy Clerk_